# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 2:23-cr-00201-JDW |
| v. | : | |
| CANDELARIO MARTINEZ | : | |

## ORDER

AND NOW, this 19th day of September, 2024, upon consideration of Defendant Candelario Martinez's Motion To Terminate Supervised Release (ECF No. 11), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge